Case 1:20-cr-00068-   .H *SEALED*   Document 55   Filed 06/04/20   Page 1 of 2

Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br>Michael Frank Good Bird<br><br>*Defendant* | )<br>)<br>) Case No. 1:20-cr-68-27<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Michael Frank Good Bird   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Date:   06/04/2020

/s/ Carla Schultz
*Issuing officer's signature*

City and state:   Bismarck, ND

Carla Schultz, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 6·4·20, and the person was arrested on *(date)* 6·5·20
at *(city and state)* PARSHALL, ND.

Date: 6·8·20

Chad T. Coulter
*Arresting officer's signature*

CHAD T. COULTER, S/A
*Printed name and title*